## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
_____

JOHN J. CALNIN, et al.,

        Plaintiffs,

  v.                                   Consolidated Case No. 05-C-0694

WALLACE J. HILLIARD,

        Defendant.

_____

## ORDER

On October 27, 2006, the plaintiffs filed a motion for a protective order, seeking a ruling that they need not provide tax returns and other financial information to the defendant. After reviewing the parties' memoranda, the court concludes that the defendant seeks information that is not privileged and that is reasonably calculated to lead to the discovery of admissible evidence. *See* Fed. R. Civ. P. 26(b)(1). The plaintiffs do not argue that any privilege applies and concede in part the relevance of the information sought; instead, the plaintiffs argue that the defendant requests information that is more easily obtained through a direct interrogatory. The plaintiffs have not shown that the defendant's discovery requests are so unduly burdensome that the plaintiffs may prescribe a different form of discovery.

Accordingly,

-2-

**IT IS ORDERED** that the plaintiffs' motion for a protective order be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 7th day of November, 2006.

BY THE COURT:

s/J.P. Stadtmueller
J.P. STADTMUELLER
U.S. District Judge