JOHN J. CALNIN, ET AL.,

    Plaintiffs,

  v.

WALLACE J. HILLIARD,

    Defendant.

Case No. 05-C-694

JOHN F. BUTZ, ET AL.,

    Plaintiffs,

  v.

WALLACE J. HILLIARD,

    Defendant.

Case No. 05-C-784
(Consolidated with 05-C-694)

GREG J. DECLEENE, ET AL.,

    Plaintiffs,

  v.

WALLACE J. HILLIARD,

    Defendant.

Case No. 05-C-958
(Consolidated with 05-C-694)

IRREVOCABLE TRUST OF ROY E.
DOWNHAM of JANUARY 30, 1979, ET AL.,

    Plaintiffs,

  v.

WALLACE J. HILLIARD,

    Defendant.

Case No. 05-C-1092
(Consolidated with 05-C-694)

GREGORY J. LARSEN,

    Plaintiffs,

  v.

WALLACE J. HILLIARD,

    Defendant.

Case No. 05-C-1148
(Consolidated with 05-C-694)

## DEFENDANT'S MOTION FOR SEVERANCE OR, IN THE ALTERNATIVE, BIFURCATION OF CLAIMS

Defendant, Wallace J. Hilliard, by his attorneys, Godfrey & Kahn, S.C., respectfully moves the Court for an Order severing or bifurcating Plaintiffs' claims in the above-captioned matter pursuant to Rule 21 or Rule 42 of the Federal Rules of Civil Procedure. This motion is based on the Brief in Support of Defendant's Motion for Severance or, in the Alternative, Bifurcation of Claims being filed herewith.

Respectfully submitted,

Dated: April 15, 2008.

**s/Sean O'D. Bosack**
Winston A. Ostrow
State Bar No. 1016942
Sean O'D. Bosack
State Bar No. 1029661
Attorneys for Defendant, Wallace J. Hilliard
GODFREY & KAHN, S.C.
333 Main Street, Suite 600
Post Office Box 13067
Green Bay, WI 54307-3067
Phone: 920-432-9300
Fax: 920-436-7988
Email: wostrow@gklaw.com
Email: sbosack@gklaw.com

3034205_2