JOHN J. CALNIN, et al.,

    Plaintiffs,

v.

WALLACE J. HILLIARD,

    Defendant.

Case No. 05-C-694

---

JOHN F. BUTZ, et al.,

    Plaintiffs,

v.

WALLACE J. HILLIARD,

    Defendant.

Case No.: 05-C-784
(consolidated with 05-C-694)

---

GREG J. DECLEENE, et al.,

    Plaintiffs,

v.

WALLACE J. HILLIARD,

    Defendant.

Case No.: 05-C-958
(consolidated with 05-C-694)

---

THE REVOCABLE LIVING TRUST OF
ROY E. DOWNHAM OF JANUARY 30, 1979, et al.,

    Plaintiffs,

v.

WALLACE J. HILLIARD,

    Defendant.

Case No.: 05-C-1092
(consolidated with 05-C-694)

GREGORY J. LARSEN,

    Plaintiff,

v.

WALLACE J. HILLIARD,

    Defendant.

Case No.: 05-C-1148
(consolidated with 05-C-694)

## STIPULATION FOR DISMISSAL

Plaintiffs, by their counsel, George Burnett of Liebmann, Conway, Olejniczak & Jerry, S.C., and Defendant, by his counsel, Winston A. Ostrow of Godfrey & Kahn, S.C. stipulate and agree that the above-entitled actions and all pleadings therein shall be dismissed on the merits, with prejudice, and without costs or any other award to any party, except for the claims of Kenneth and Lucille Jossart and the Kenneth and Lucille Jossart Revocable Trust. The pleadings and claims of Lucille Jossart and Kenneth Jossart and the Kenneth and Lucille Jossart Revocable Trust shall continue and not be affected by this Stipulation. (The Jossarts were originally Plaintiffs in Case No. 05-C-694.)

Dated this 25 day of October, 2008.

LIEBMANN, CONWAY, OLJENICZAK & JERRY, S.C.

By: _____
George Burnett
State Bar No.: 1005964

Dated this 23 day of October, 2008.

GODFREY & KAHN, S.C.

By: _____
Winston A. Ostrow
State Bar No.: 1016942

3278894_1

2