UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN J. CALNIN, et al.,<br>    Plaintiffs,<br><br>WALLACE J. HILLIARD,<br>    Defendant | Case No. 05-C-694 |
| JOHN F. BUTZ, et al.,<br>    Plaintiffs,<br><br>WALLACE J. HILLIARD,<br>    Defendant. | Case No. 05-C-784<br>(Consolidated with 05-C-694) |
| GREG J. DECLEENE, et al.,<br>    Plaintiffs,<br><br>WALLACE J. HILLIARD,<br>    Defendant. | Case No. 05-C-958<br>(Consolidated with 05-C-694) |
| The REVOCABLE LIVING TRUST OF ROY E. DOWNHAM OF JANUARY 30, 1979, et al.,<br>    Plaintiffs,<br><br>WALLACE J. HILLIARD,<br>    Defendant. | Case No. 05-C-1092<br>(Consolidated with 05-C-694) |
| GREGORY J. LARSEN,<br>    Plaintiffs,<br><br>WALLACE J. HILLIARD,<br>    Defendant. | Case No. 05-C-1148<br>(Consolidated with 05-C-694) |

**STIPULATION FOR DISMISSAL**

The above-named parties hereby stipulate that the above claim be dismissed on its merits and without costs.

Dated this 9th day of April, 2009.

        LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
        Attorneys for Plaintiffs

By: _s/ George Burnett_
     George Burnett (State Bar No. 1005964)
     April Rockstead Barker (State Bar No. 1026163)

231 South Adams Street
P.O. Box 23200
Green Bay, Wisconsin 54305-3200
Telephone: (920) 437-0476
e-mail: rgb@lcojlaw.com
       arb@lcojlaw.com

Dated this 9th day of April, 2009.

        GODFREY & KAHN, S.C.
        Attorneys for Defendant

By: /s/ Winston A. Ostrow
     Winston A. Ostrow (State Bar No. 1016942)

333 Main Street, Suite 600
P.O. Box 13067
Green Bay, WI 54307-3067
Telephone: (920) 432-9300
e-mail: wostrow@gklaw.com

482613