UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN J. CALNIN, et al.,
    Plaintiffs,

WALLACE J. HILLIARD,
    Defendant

Case No. 05-C-694

---

JOHN F. BUTZ, et al.,
    Plaintiffs,

WALLACE J. HILLIARD,
    Defendant.

Case No. 05-C-784
(Consolidated with 05-C-694)

---

GREG J. DECLEENE, et al.,
    Plaintiffs,

WALLACE J. HILLIARD,
    Defendant.

Case No. 05-C-958
(Consolidated with 05-C-694)

---

The REVOCABLE LIVING TRUST OF ROY E.
DOWNHAM OF JANUARY 30, 1979, et al.,
    Plaintiffs,

WALLACE J. HILLIARD,
    Defendant.

Case No. 05-C-1092
(Consolidated with 05-C-694)

---

GREGORY J. LARSEN,
    Plaintiffs,

WALLACE J. HILLIARD,
    Defendant.

Case No. 05-C-1148
(Consolidated with 05-C-694)

---

**ORDER**

Based on the stipulation of the parties, and the Court being advised in the premises, this action is hereby dismissed with prejudice and without costs.

Dated this 10th day of April, 2009.

                        BY THE COURT:

                        _____s/ Patricia J. Gorence_____
                        Honorable Patricia Gorence